AUGUSTUS D. SHEPARD, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Defendants; THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

(Argued October 21, 1895; decided October 29, 1895.)

MOTION for reargument.

*Brainard Tolles* for motion.

*John De Witt Warner* and *W. G. Peckham* opposed.

Motion for re-argument denied, with ten dollars costs.

---

In the Matter of the Judicial Accounting of ROBERT W. TAYLOR and JOHN L. MOUNT, as Executors and Trustees under the Will of ANN E. MILLER, Deceased; ANN E. CONKLING, Appellant.

Mem. of decision below, 66 Hun, 626.
(Submitted October 9, 1895; decided November 1, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered July 12, 1893, which affirmed a decree of the surrogate of the county of New York.

*Henry Major* for appellant.

*George B. Ashley* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.